UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

**Anderzon Alberto Barillas Pineda**
        Petitioner

   V.

                                    CIVIL ACTION

                                    NO. **1:25-cv-12457-RGS**

**Moniz et al**
        Respondents

### ORDER OF DISMISSAL

Stearns, D. J.

    In accordance with the Court's Order entered October 20, 2025 [Doc. No. 18] it is hereby ORDERED that the above-entitled action be and hereby is DISMISSED.

                                                      By the Court,

10/20/2025                                                  /s/ Jacqueline Martin
    Date                                                         Deputy Clerk